No. 348. SEMINOLE NATION *v.* UNITED STATES. June 8, 1942. Ordered that the opinion of this Court in this case be amended by adding after the first full paragraph on page 16 of the opinion the following paragraph:

"Upon the remand the Court of Claims will be free to consider any legal or equitable defenses which the Government may interpose to the claims asserted there by petitioner."

The petition for rehearing is denied. MR. JUSTICE REED took no part in the consideration or decision of this application.

No. 852. ANDERSON ET AL. *v.* UNITED STATES. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. W. H. Norvell* and *Lee Pressman* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Archibald Cox* for the United States. Briefs of *amici curiae* were filed by *Mr. Abraham J. Isserman* on behalf of the National Federation for Constitutional Liberties, and by *Mr. Arthur Garfield Hays* on behalf of the American Civil Liberties Union, in support of petitioners.